INGRAM ᴇᴛ ᴀʟ. *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 21, September Term, 1958.]

*Decided November 13, 1958.*

Before Bʀᴜɴᴇ, C. J., and Hᴇɴᴅᴇʀsᴏɴ, Hᴀᴍᴍᴏɴᴅ, Pʀᴇs-ᴄᴏᴛᴛ and Hᴏʀɴᴇʏ, JJ.

Pᴇʀ Cᴜʀɪᴀᴍ.

In this application for leave to appeal, the petitioners raise no questions reviewable in a *habeas corpus* proceeding, and the application is denied for the reasons set out in the opinion of Judge McLaughlin below.

*Application denied, with costs.*